## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO\*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK\*
JONATHAN S. BACK\*\*
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION
212-880-9558
rradick@maglaw.com

November 13, 2017

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

\*ALSO ADMITTED IN WASHINGTON D.C.
\*\*ALSO ADMITTED IN CONNECTICUT



**BY EMAIL**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Michael Scronic*, 17 Mag. 7351

Dear Judge Smith:

  As counsel for Michael Scronic in the above-referenced case, I write to update the Court on the status of Mr. Scronic's living arrangements. Following last Tuesday's court appearance in this matter, Mr. Scronic made efforts to determine from his wife Ashley where she intends to live with their six-year-old son on a permanent basis. However, as of Friday of last week, Ms. Scronic had not told Mr. Scronic of her plans, and Mr. Scronic thus asked us to reach out to Ms. Scronic to determine if she had reached any decisions. After we left a voicemail for Ms. Scronic on Friday, we received a return voicemail message from her matrimonial attorney, who indicated that Ms. Scronic had not yet decided on where she intends to live, and would not be able to reach a decision by Tuesday, November 14. Ms. Scronic's attorney's message did not provide us with any further information regarding when Ms. Scronic may in fact reach a decision on her plans.

  Given these circumstances, and so as to remain near his son, Mr. Scronic is currently still living where he had been as of late last week—namely, in a portion of a home in South Salem that Mr. Scronic found on Airbnb. Mr. Scronic intends to remain at this residence until such time as his wife makes a decision regarding her longer-term plans, and will continue to check in with Pretrial Services as required. Further, because Mr. Scronic does not yet intend to move in with his sister in Brooklyn, we withdraw the letter from Friday by which we asked permission for Mr. Scronic to travel to the Eastern District of New York. Should the need arise for Mr. Scronic to travel to Brooklyn or other locations within the Eastern District, we will so notify the Court and seek advance approval.

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
The Honorable Lisa Margaret Smith
November 13, 2017
Page 2

    On behalf of Mr. Scronic, I thank the Court for its consideration of these issues. Further, I respectfully request that the Court notify us whether it still requires the parties' appearance for a conference tomorrow at 12:00 p.m.

Respectfully submitted,

*/s/ Robert M. Radick*
Robert M. Radick

cc:    Assistant U.S. Attorney James McMahon
       U.S. Pretrial Services Officer Jessalynn McCormick

---

11/13/17 The conference previously scheduled for November 14 at noon is hereby cancelled. Mr. Scronic shall continue to report to Pretrial Services as directed by the Pretrial Services officer. The existing bail conditions are continued.

SO ORDERED

*/s/ Lisa Margaret Smith*
USMJ