## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION
212-880-9558
rradick@maglaw.com

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 17, 2017

**BY EMAIL**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Michael Scronic*, 17 Mag. 7351

Dear Judge Smith:

We represent Michael Scronic in the referenced case, and I am writing to request a modification to the travel conditions of Mr. Scronic's release. Currently, Mr. Scronic's travel is restricted to the Southern District of New York and the District of Connecticut. Mr. Scronic's sister and her two children live in Brooklyn and Mr. Scronic's father recently moved to an apartment in Brooklyn as well. Mr. Scronic would like to be able to visit with his family, in particular with his father, whose declining health makes it difficult for him to travel. Further, in the event that Mr. Scronic's wife moves to Long Island with their six-year-old son, this modification will allow Mr. Scronic to visit with them. We therefore respectfully request that the Court modify his bond conditions to allow for travel to the Eastern District of New York to visit with his family.

Thank you for your consideration of this matter. We have reached out to both the government and Pretrial regarding this request and they both consent to this request.

Respectfully submitted,

Robert M. Radick

cc: AUSA James McMahon
U.S. Pretrial Services Officer Jessalynn McCormick

*Granted*
*SO ORDERED:*
11/17/17
Hon. Lisa Margaret Smith
U.S.M.J.