ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :

        - v -                          :     AFFIRMATION

MICHAEL SCRONIC,                  :     17 Mag. 7351

        Defendant.              :
------------------------------------------------------------x

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        : ss.:
SOUTHERN DISTRICT OF NEW YORK )

    James McMahon, under penalty of perjury, hereby affirms as follows:

    1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a second order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

    2. MICHAEL SCRONIC, the defendant, was charged with a violation of 15 U.S.C. § 78j(b) in a complaint dated October 3, 2017. The defendant was presented before Magistrate Judge Lisa Margaret Smith on October 5, 2017, and the defendant was released on the following conditions: $500,000.00 personal recognizance bond; travel restricted to the Southern and Eastern Districts of New York and District of Connecticut; surrender travel documents and make no new applications; regular pretrial supervision; defendant to be released on his own signature.

    3. Robert Radick, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case

without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

4. On November 22, 2017, Mr. Radick, counsel for the defendant, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on November 27, 2017.

_____
James McMahon
Assistant United States Attorney