

Ashley C. Scronic
38 Boulder Trail
Bronxville, New York 10708

December 1, 2017

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant, Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

RE:   United States v. Michael Scronic, 17-Mag. 7351

Dear Judge Smith:

I respectfully seek your assistance. I am currently identified as a surety on the appearance bond for Michael Scronic in the above-referenced case.

I am the defendant's wife and the mother of his child and I co-signed the bond in this matter. I write to withdraw as a surer on behalf of Mr. Scronic. I do not believe that is is necessary for me to recite the various reasons for this decision. In short, I am no longer willing to take the risk that he might violate the terms on his bond and that I might be punished or otherwise held responsible in some way for his actions.

I am prepared to appear in person in court to confirm my position. I ask that I be permitted to withdraw from the bond as soon as possible.

I further request, in the event I need representation for such a court appearance, that an attorney be appointed to represent me. I do not have the means to hire a lawyer with federal criminal experience.

I have been informed by the government and the defense attorneys in this case that a decision by me to withdraw as a surer might have adverse impacts on Mr. Scronic's bail conditions. I understand this circumstance and am nonetheless resolved to withdraw and remove myself from these proceedings as soon as possible.

Thank you for your attention to this matter.

Sincerely,

Ashley C. Scronic

Cc:   AUSA James McMahon
      Robert M. Radick, Morvillo Abramowitz
      U.S. Pretrial Services Officer Jessalynn McCormick