UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                               December 8, 2017
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING NOTICE**

The matter of <u>United States of America v. Scronic</u>, 17-mj-07351, has been scheduled for an in-person bail review hearing before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Tuesday, December 12, 2017, at 11:00 a.m., in Courtroom 520.**

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.