AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Michael Scronic | ) |
| *Defendant* | ) |

Case No.   17-mj-7351

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Scronic, in Magistrate's Court only.

Date:     12/08/2017

*Attorney's signature*

Peter Janowski, 4861597
*Printed name and bar number*
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue, 10th Floor
New York, NY 10017

*Address*

pjanowski@maglaw.com
*E-mail address*

(212) 880-9515
*Telephone number*

(212) 956-9600
*FAX number*